IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| DAVID VAUGHAN, | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.:  7:22-CV-123 (WLS) |
| | : | |
| WAL-MART STORES EAST LP, | : | |
| d/b/a WAL-MART | : | |
| | : | |
| | : | |
|     Defendant. | : | |
| | : | |
| | : | |

## **ORDER**

    A discovery conference was held in the above-styled action on Tuesday, March 28, 2023. Pursuant to this Court's Rule 16/26 Orders "[i]n-person attendance [was] required." (Doc. 5).  However, Plaintiff's Counsel was not in attendance at the discovery conference. Accordingly, Plaintiff's Counsel was ordered to show cause, in writing, why sanctions should not be entered against him. (Doc. 7).

    Plaintiff's Counsel timely responded. (Doc. 9). Plaintiff's Counsel explains that he missed the discovery conference due to calendar/scheduling oversight as he has been on jury trial calendars for the last six months and has had "a lot of employee turnover," including two secretaries who left his office. (*Id.*) Based on the reasons stated therein and Counsel's otherwise consistent adherence to the Court's Order, the Court finds that sanctions are not necessary or warranted at this time and no further action is required.

    **SO ORDERED**, this   5th   day of April 2023.

                                                             /s/ W. Louis Sands
                                                           **W. LOUIS SANDS, SR. JUDGE**
                                                           **UNITED STATES DISTRICT COURT**