# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### VALDOSTA DIVISION

| | | |
|---|---|---|
| DAVID VAUGHAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.:  7:22-CV-123 (WLS) |
| | : | |
| WAL-MART STORES EAST LP, | : | |
| d/b/a WAL-MART | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |
| _____ | : | |

## ORDER

Before the Court is the Parties' Notice of Settlement (Doc. 16). Therein, the Parties state that the above-styled matter has been settled.

To ensure the timely and orderly disposition of this case, the Parties are **hereby ORDERED** to file the appropriate dismissal document(s) **no later than thirty (30) days** after entry of this Order, or by the same deadline, file with the Court a motion for additional time that explains why additional time is needed.

**SO ORDERED**, this 22nd day of February 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**