IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

DAVID VAUGHAN,                              *

                    Plaintiff,             *
v.                                              Case No. 7:22-cv-123 (WLS)
                                           *
WAL-MART STORES EAST LP,
                                           *
                    Defendant.             *
_____             *

## **J U D G M E N T**

Pursuant to this Court's Order dated February 24, 2024, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 26th day of February, 2024.

David W. Bunt, Clerk


s/ Kathleen S. Logsdon, Deputy Clerk